No. 86–243.   CITY OF HOUSTON, TEXAS *v.* HILL.   C. A. 5th Cir.   [Probable jurisdiction noted, *ante*, p. 811.]   Motion of Na-

tional Institute of Municipal Law Officers for leave to file a brief as *amicus curiae* out of time denied.